B250C
(1/88)

# United States Bankruptcy Court

_____ District of _____

In re                                                                            Bankruptcy Case No.

**Debtor**

**Plaintiff**
                                                                                   Adversary Proceeding No.

**Defendant**

## SUMMONS AND NOTICE OF TRIAL IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
|  |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
|  |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
|  | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Clerk **of** the Bankruptcy Court*

_____                    By: _____
*Date*                                                               *Deputy Clerk*

## CERTIFICATE OF SERVICE

I, _____ , certify that I am, and at all times during the service
   (name)

of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:
          (date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ ,
as follows: [Describe briefly]                                                            (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
              *Date*                                           *Signature*

| Print Name |
| Business Address |
| City                              State                    Zip |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: ) Chapter _____
)
) Case No. _____
Debtor(s) )
)
--------------------------------------------------------------------------------------------------------------
)
) ADVERSARY PROCEEDING
)
Plaintiff ) NO. _____
)
VS. )
)
)
Defendant )
)

NOTICE

Discovery in this adversary proceeding shall be completed within three (3) months after the last answer to the complaint is filed or should have been filed, unless the Court orders otherwise. (BLR 7026-1, NDGa.)  Motions for summary judgment shall be filed as soon as possible but not later than twenty (20) days after the close of discovery. (BLR 7007-1, NDGa.; LR 7.2D, NDGa.)

Unless the Court orders otherwise, pursuant to BLR 7016-1, NDGa., the parties shall jointly prepare and submit a Proposed Consolidated Pre-trial Order no later than thirty (30) days after the close of discovery.  The appropriate forms are available in the Local Rules or on the Court's website, *www.ganb.uscourts.gov*.

Plaintiff's counsel shall serve a copy of this Notice with the summons and complaint upon all defendants in this proceeding.

This _____ day of _____, _____.

_____
W. Yvonne Evans
Clerk of Court

F68 (ntcpti) Rev. 11/02