B250C
(1/88)

# United States Bankruptcy Court

Northern District of Georgia

Atlanta Division

In re David E. Solar and
Donna K. Solar
**Debtor**

Hibino Corporation of America
and Sampo Japan Insurance
Company of America
**Plaintiff**

David E. Solar and Donna K. Solar
**Defendant**

Bankruptcy Case No.

02-70658-SWC

Adversary Proceeding No.

02-6521

## SUMMONS AND NOTICE OF TRIAL IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | Richard B. Russell Federal Building<br>75 Spring Street<br>Room 1340<br>Atlanta, GA 30303 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Charles N. Kelley, Jr.<br>Cummings Kelley & Bishop PC<br>340 Jesse Jewell Pkwy, Suite 602<br>Gainesville, GA 30501 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
|  | Date and Time |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

W. Yvonne Evans
Clerk of the Bankruptcy Court

DEC 18 2002
Date

By: V. R. Whitmore
Deputy Clerk