UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT

DEC 1 8 2002

W. YVONNE EVANS, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| IN RE: David E. Solar and Donna K. Solar<br><br>Debtor(s) | ) Chapter 7<br>)<br>) Case No. 02-70658-SWC<br>)<br>)<br>) |
| Hibino Corporation of America and Sampo Japan Insurance Company of America<br><br>Plaintiff<br><br>VS.<br>David E. Solar and Donna K. Solar<br><br>Defendant | ) <br>) ADVERSARY PROCEEDING<br>)<br>) NO. 02-6521<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE

Discovery in this adversary proceeding shall be completed within three (3) months after the last answer to the complaint is filed or should have been filed, unless the Court orders otherwise. (BLR 7026-1, NDGa.) Motions for summary judgment shall be filed as soon as possible but not later than twenty (20) days after the close of discovery. (BLR 7007-1, NDGa.; LR 7.2D, NDGa.)

Unless the Court orders otherwise, pursuant to BLR 7016-1, NDGa., the parties shall jointly prepare and submit a Proposed Consolidated Pre-trial Order no later than thirty (30) days after the close of discovery. The appropriate forms are available in the Local Rules or on the Court's website, *www.ganb.uscourts.gov*.

Plaintiff's counsel shall serve a copy of this Notice with the summons and complaint upon all defendants in this proceeding.

This _____ day of _____ DEC 1 8 2002 _____,

_W. Yvonne Evans_
W. Yvonne Evans
Clerk of Court

F68 (ntcpti) Rev. 11/02