UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ENTERED ON DOCKET
7/2/03

IN THE MATTER OF

DAVID E. SOLAR and
DONNA K. SOLAR,

**DEBTORS**

CASE NUMBER

A02-70658-SWC

CHAPTER 7

ADVERSARY NUMBER

02-6521-SWC

HIBINO CORPORATION OF AMERICA and
SOMPO JAPAN INSURANCE COMPANY OF
AMERICA,

**PLAINTIFFS**

vs

DAVID E. SOLAR and
DONNA K. SOLAR,

**DEFENDANTS**

### ORDER

Plaintiff(s) and defendant(s) have failed to timely prepare and submit to the court a proposed consolidated pretrial order as required by Bankruptcy Local Rule 7016, NDGa. and this court's previous order and notice in this adversary proceeding. Accordingly, it is

1

**ORDERED** that plaintiff(s) and defendant(s) are directed to prepare and submit to the court a proposed consolidated pretrial order within ten (10) days from entry of this order, and if the parties fail to do so, then plaintiff(s) and defendant(s) and their counsel are **ORDERED** to show cause on the **4th** day of **AUGUST, 2003** at **11:00 A.M.**, in Courtroom 1404, United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia, why appropriate sanctions should not be imposed including dismissal of this adversary proceeding; striking pleadings; entry of a default judgment, or other sanctions.

**IT IS SO ORDERED.**

This 1st day of July, 2003.

_____
STACEY W. COTTON
UNITED STATES BANKRUPTCY JUDGE

CERTIFICATE OF MAILING:   02-6521-SWC

Charles N. Kelley, Jr, Esq.
Cummings, Kelley & Bishop PC
340 Jesse Jewell Parkway
Suite 602
Gainesville, GA 30501-7701

Roderick H. Martin, Esq.
Martin & Parker, P.A.
279 Washington Avenue
Marietta, GA 30060-1980

*/s/ Josette Glasper El*
Josette M. Glasper El
Relief Courtroom Deputy
July 1, 2003