IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **In re David E. Solar and Donna K. Solar,**<br><br>    **Debtors.** | **Chapter 7**<br><br>**Case No. 02-70658-SWC**<br><br>**Judge Cotton** |
| **Hibino Corporation of America and Sompo Japan Insurance Company of America f/k/a Yasuda Fire & Marine Insurance Company of America,**<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**David E. Solar and Donna K. Solar,**<br><br>    **Defendants/Debtors.** | **Adversary Proceeding No.**<br><br>**02-6521** |

## MOTION FOR CONTINUANCE

**COMES NOW**, Hibino Corporation of America and Sompo Japan Insurance Company of America and move this Court for a continuance from the currently scheduled trial date of August 30, 2004, respectfully showing the Court as follows:

1.  This case is an adversary proceeding seeking to determine the dischargeability of certain debts of the Debtors pursuant to 11 U.S.C. § 523(a)(4) and (a)(6). The action also seeks judgment against Debtor David Solar for the underlying debt.

2.  During the last week of July and the first two weeks of August, Debtors and Plaintiffs have discussed settlement of this dispute. These settlement discussions have moved forward to a concrete settlement proposal.

3.  The settlement contemplated by the parties requires the Debtor Defendants to refinance their principal residence in order to make certain payments to Plaintiffs. Said payments would be made by Defendant David Solar and made without any admission of liability on his part.

4.  As a practical matter, if Debtors are able to refinance their house, they cannot

accomplish it in the amount of time available prior to trial.  Upon information and belief, Plaintiff states that they believe Debtor had proceeded with the refinancing process with at least one lender.

5. It is in the best interest of the parties and of judicial economy to continue this trial to give the debtors an opportunity to complete the proposed settlement transaction.

6. Debtors have retained separate counsel to negotiate the settlement of this matter. Upon information and belief, Plaintiffs state that Debtors consent to the filing of this motion.

**WHEREFORE,** Plaintiffs pray this Court for an order continuing this case for a period of not less than sixty (60) days to permit the parties to conclude a settlement of this matter.

This 13th day of August, 2004.

**CUMMINGS KELLEY & BISHOP PC**

By:    */s/ Charles N. Kelley, Jr.*
          Charles N. Kelley, Jr.
          Georgia State Bar No. 412212
          Attorneys for Defendant

340 Jesse Jewell Parkway, Suite 602
Gainesville, Georgia 30501-7701
(770) 531-0007

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above and foregoing Motion for Continuance upon all parties by placing a copy of the same in the United States Mail, first class, with sufficient postage thereon to ensure delivery, addressed as follows:

Roderick H. Martin
Martin & Parker, P.A.
279 Washington Avenue
Marietta, GA 30060-1980

This 13th day of August, 2004.

**CUMMINGS KELLEY & BISHOP PC**

By:    */s/ Charles N. Kelley, Jr.*
Charles N. Kelley, Jr.
Georgia State Bar No. 412212
Attorneys for Defendant

340 Jesse Jewell Parkway, Suite 602
Gainesville, Georgia 30501-7701
(770) 531-0007